# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** </br>     **Plaintiff,** </br> </br>     **v.** </br> </br> **TENG JIAO ZHOU** </br>     **Defendant,** | **Case No. CV 13-02145-BRO (CWx)** </br> </br> </br> **JUDGMENT** |

    The Court, having granted Plaintiff's Motion for Judgment on the Pleadings (Nov. 25, 2013, Doc No. 19), and finding that Defendant Teng Jiao Zhou illegally procured his naturalization as a United States citizen, ORDERS as follows:

    1. Defendant Teng Jiao Zhou's March 31, 1994 naturalization is revoked, and the Certificate of Naturalization No. 2083644 issued to Mr. Zhou is cancelled. Mr. Zhou is no longer a naturalized United States citizen.

    2. Mr. Zhou is forever restrained and enjoined from claiming or exercising any rights, privileges, or advantages of United States citizenship based on his March 31, 1994 naturalization.

    3. Mr. Zhou is forever restrained and enjoined from claiming or exercising any rights, privileges, or advantages of United States citizenship under any document that evidences United States citizenship based on his March 31, 1994 naturalization.

4. Mr. Zhou shall immediately surrender and deliver to the United States Attorney General his original Certificate of Naturalization No. 20830644, any United States passport issued to him, and any other indicia of United States citizenship, including any copies thereof, in his possession or control. Mr. Zhou shall immediately make good faith efforts to recover and then surrender to the United States Attorney General any and all of the above-described items that he knows are in the possession of others.

5. Mr. Zhou shall deliver the items described above (his original Certificate of Naturalization, his original United States passport, any other indicia of United States citizenship, and all copies thereof) to the United States Attorney General by sending them to the United States Attorney General's representative at the following address: Troy Liggett, United States Department of Justice, P.O. Box 868, Ben Franklin Station, Washington, DC 20044.

6. The Court scheduled a compliance hearing for January 6, 2014. (Doc No. 19 at 7.) Mr. Zhou and counsel for Plaintiff shall personally appear at that hearing. At the hearing, Mr. Zhou shall demonstrate that he has complied with the Judgment, or show cause for his failure to comply. If Mr. Zhou retains possession or control of any indicia of citizenship at the time of the hearing, he shall bring those materials with him to the hearing. If, prior to the hearing, Plaintiff is satisfied that Mr. Zhou has complied with this Judgment, Plaintiff shall provide notice requesting the Court to vacate the hearing.

DONE AND ORDERED in Los Angeles, California, this 19th day of December, 2013.

**BEVERLY REID O'CONNELL**
**UNITED STATES DISTRICT JUDGE**