LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 13-02145-BRO (CWx) | Date | January 22, 2014 |
|---|---|---|---|
| Title | United States of America v. Teng Jiao Zhou | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   ORDER TO SHOW CAUSE RE CONTEMPT

At the Compliance hearing on January 6, 2014, the Court ORDERED defendant to surrender his Passport and Certificate of Citizenship by personally delivering it to counsel for the government no later than Friday, January 10, 2014.  (Dkt. No. 23).

Defendant's reply brief , filed 1/21/2014, (Dkt. No. 27),  indicates that "if the higher court finds in Plaintiff's favor, Defendant will then surrender his passport and certificate of naturalization immediately"  (Dkt. No. 27 at 4).

Defendant is ORDERED TO SHOW CAUSE RE CONTEMPT for failure to comply with this Court's Order.

The hearing on this matter is set for February 3, 2013 at 1:30 p.m.   Defendant and his counsel of record are ORDERED to personally appear at the hearing.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |